# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRO S. PEREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>A, SMITH, et al.,<br><br>        Defendants. | Case No.: 1:20-cv-00840-DAD-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE SANDRO S. PEREZ, CDCR #V-69777 |

A settlement conference in this matter commenced on March 16, 2021. Inmate Sandro S. Perez, CDCR #V-69777 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __March 16, 2021__    /s/ *Barbara A. McAuliffe*
                 UNITED STATES MAGISTRATE JUDGE

1