# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRO S. PEREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>A, SMITH, et al.,<br><br>    Defendants. | Case No.: 1:20-cv-00840-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 40) |

Plaintiff Sandro S. Perez is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the discovery and scheduling order, filed July 22, 2021.

Good cause having been presented, it is HEREBY ORDERED that the discovery deadline tis extended to December 22, 2021, and the dispositive motion deadline is extended to March 24, 2022.

IT IS SO ORDERED.

Dated:   **July 22, 2021**

                                                            UNITED STATES MAGISTRATE JUDGE

1