# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRO S. PEREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A, SMITH, et al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-00840-DAD-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO RE-SERVE MOTION FOR SANCTIONS AT PLAINTIFF'S NEW ADDRESS OF RECORD<br><br>(ECF No. 48) |

Plaintiff Sandro S. Perez is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 10, 2021, Defendants filed a motion for sanctions. (ECF No. 48.) On November 29, 2021, Plaintiff filed a notice of change of address, self-dated November 11, 2021. (ECF No. 51.) On December 15, 2021, Defendants filed a reply to their motion for sanctions. (ECF No. 52.)

In light of Plaintiff's new address of record, Defendants are HEREBY DIRECTED to re-serve their motion for sanctions at the new address which will reset the deadline for Plaintiff to file an opposition pursuant to Local Rule 230(l).

IT IS SO ORDERED.

Dated:  **December 16, 2021**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1