UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRO S. PEREZ,<br><br>  Plaintiff,<br><br>  v.<br><br>A, SMITH, et al.,<br><br>  Defendants. | Case No.: 1:20-cv-00840-DAD-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO CONTINUE CONSIDERATION OF THE PENDING MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 72) |

Plaintiff Sandro S. Perez is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 22, 2022, Defendants filed a motion for summary judgment. (ECF No. 68.)

On May 6, 2022, Plaintiff filed a motion to continue the time to file an opposition which was granted on May 9, 2022. (ECF Nos. 70, 71.)

On June 10, 2022, Plaintiff filed a motion to continue consideration of Defendants' motion for summary judgment. Plaintiff seeks "to conduct additional discovery in order to fully develop relevant specific facts that will preclude summary judgment and substantiate his viable claims." (ECF No. 72 at 1.)

///

///

///

Defendants have not filed an opposition or statement of non-opposition. Local Rule 230(l). Accordingly, it is HEREBY ORDERED that within **ten (10)** days from the date of service of this order, Defendants shall file an opposition or statement of non-opposition to Plaintiff's motion to continue consideration of their motion for summary judgment.

IT IS SO ORDERED.

Dated:   **July 5, 2022**

UNITED STATES MAGISTRATE JUDGE