# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRO S. PEREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>A. SMITH, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00840-ADA-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE THIS ACTION PURSUANT TO PARTIES' STIPULATIO FOR VOLUNTARY DISMISSAL, WITH PREJUDICE<br><br>(ECF No. 84) |

    Plaintiff Sandro S. Perez is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On February 27, 2023, the parties filed a stipulation for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The stipulation is signed and dated by Plaintiff and counsel for Defendants and indicates that each party shall bear its own litigation costs and attorney's fees.

    Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines and close this case.

IT IS SO ORDERED.

Dated: **February 27, 2023**

UNITED STATES MAGISTRATE JUDGE

1